for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Albert Brick* for petitioner. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondents.

No. 947. DAVIS *v.* SHELL UNION OIL CORP. ET AL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel B. Stewart, Jr.* and *George C. Dix* for petitioner. *Mr. Wm. Dwight Whitney* for respondents.

No. 951. SCHWARZ *v.* WITWER GROCER Co. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John D. Randall* for petitioner. *Mr. Stewart Holmes* for respondent.

No. 954. RONEY ET AL. *v.* FEDERAL LAND BANK OF LOUISVILLE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel E. Cook* for petitioners. *Mr. William C. Goodwyn* for respondent.

No. 960. STANDARD KNITTING MILLS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. Gilmer Korner, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *F. E. Youngman* for respondent.